UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARY J. COSTA
    Plaintiff

v.                                                                           C.A. No. 08-395 S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 28, 2009, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion to Reverse the Decision of the Commissioner is GRANTED and Defendant's Motion to Affirm the Decision of the Commissioner is DENIED.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 10/15/09